IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 98-cv-02360-LTB-BNB

DONALD W. NUTTING,

    Plaintiff,

v.

RAM SOUTHWEST, INC.,

    Defendant.
_____
ORDER TO DISPOSE OF EXHIBITS
_____

    Three mechanical parts plus wood shipping crates were filed as exhibits with the court on September 10, 2001.  See entry #292 on the court's docket.  Two of the exhibits remain located in the clerk's office.  The case was resolved in 2003.  Clerk's office staff made contact with counsel on August 20, 2012 by telephone and email and again on October 1, 2012 via email to have the exhibits removed from the clerk's office area.  As of this date, counsel has not made arrangements to remove the exhibits from the clerk's office.  THEREFORE,

    IT IS ORDERED that GSA shall dispose of the exhibits.

    Dated October 30, 2012.

                                        BY THE COURT,

                                        s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE